THE HONORABLE ROBERT S. LASNIK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VU SCHROEDER and MY LE THI BACH, husband and wife together with their marital community,<br><br>                Plaintiffs,<br><br>   v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>                Defendant. | No. 2:17-cv-00588-RSL<br><br>**ORDER REFERRING CASE TO SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE JAMES P. DONOHUE** |

ORDER OF REFERRAL (No. 2:17-cv-00588-RSL) – 1

71045-0148/138395119.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1 | The parties have advised the court that mediation is appropriate and have requested a settlement conference at a time mutually convenient for the court and the parties.

It is hereby ORDERED, ADJUDGED, and DECREED that:

Magistrate Judge James P. Donohue will conduct a settlement conference in this matter. The parties shall contact Tim Farrell, In-Court Deputy to Judge Donohue at 206-370-8422, to schedule a settlement conference.

DATED this 13th day of February, 2018.

*(signature)*
Robert S. Lasnik
United States District Judge

ORDER OF REFERRAL (No. 2:17-cv-00588-RSL) – 2

71045-0148/138395119.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000