UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON

| Vu Schroeder and My Le Thi Bach, Husband and Wife together with their Marital community,<br><br>                     Plaintiff,<br><br>vs.<br>Ocwen Loan Servicing, LLC.,<br>      Defendant | No. 2:17-CV-00588-RSL<br><br>**ORDER GRANTING MOTION TO AMEND COMPLAINT** |
|---|---|

Pursuant to CR 15, Plaintiff's Motion to Amend the Complaint is GRANTED.

The Plaintiff shall file the First Amended Complaint attached with the Motion within fourteen days.

Defendant shall file its answer within fifteen day of the filing of the First Amended Complaint or fifteen days after the parties Settlement Conference, whichever is later.

DATED this 14th day of March, 2018.

                                          */s/ Robert S. Lasnik*
                                        Robert S. Lasnik
                                        United States District Judge

MOTION TO AMEND COMPLAINT - 1                     Russell M. Odell, Attorney at Law
                                                                   251 – 153rd Place Southeast
                                                                             Bellevue, WA 98007
                                                                                 (425) 653-3693